**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, LLC, an Illinois limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:11-cv-04681 |
| vs. | ) ) ) | Hon. Rebecca R. Pallmeyer |
| NOKIA CORPORATION, a Finnish Corporation; NOKIA INCORPORATED, a Delaware Corporation, | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE WITH RESPECT TO DEFENDANTS NOKIA CORPORATION AND NOKIA, INC.**

Plaintiff, Helferich Patent Licensing, LLC ("HPL"), by and through counsel, and Defendants Nokia Corporation and Nokia, Inc. ("Nokia Defendants"), by and through counsel, having settled all of their respective claims for relief against each other in this action, hereby stipulate as follows:

(1) Each claim made and that could have been made by HPL against Nokia Defendants, and each counterclaim made and that could have been made by Nokia Defendants against HPL, in this action for infringement based on mobile wireless communication devices made, have made, used, imported, exported, offered for sale, sold or otherwise disposed of anywhere in the world by the Nokia Defendants is hereby

1

dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

    (2)   Each party shall bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 10th day of January, 2012.

                      By:  */s/ Victoria Curtin*

                           Victoria Curtin
                           Attorney for Plaintiff

                           Victoria Curtin (NDIL ID #010897)
                           Victoria Gruver Curtin, P.L.C.
                           14555 N. Scottsdale Rd., Ste. 160
                           Scottsdale, Arizona 85254
                           Tel.: (480) 998-3547
                           Fax: (480) 596-7956

                           Steven G. Lisa (Ill. State Bar # 6187348)
                           Jon E. Kappes (Ill. State Bar # 6291678)
                           Timothy Sperling (Ill. State Bar # 6283854)
                           Mildred E. Park (Ill. State Bar # 6293523)
                           James D. Busch (Ill. State Bar # 6299217)
                           Law Offices of Steven G. Lisa, Ltd.
                           55 West Monroe Street, Suite 3210
                           Chicago, Illinois 60603
                           Tel. & Fax: (312) 752-4357


                      By: /s/ Keith Broyles

                           Keith E. Broyles
                           Attorney for Nokia Defendants
                           ALSTON & BIRD LLP
                           1201 West Peachtree Street
                           Atlanta, GA 30309-3424
                           T: 404.881.7000; F: 404.881.7777
                           keith.broyles@alston.com